■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN TAYLOR, Appellant. [607 NYS2d 806] —Judgment unanimously reversed on the law and new trial granted. Memorandum: The absence of defendant from the in-chambers *Sandoval* conference violated his right to be present at all material stages of his trial *(see, People v Favor,* 82 NY2d 254; *People v*

*Alexander,* 80 NY2d 801; *People v Dokes,* 79 NY2d 656). Because the court's in-chambers *Sandoval* ruling was not entirely favorable, defendant's absence from that conference cannot be viewed as wholly superfluous *(see, People v Favor, supra).* Because there must be a new trial, we note that it was error for the prosecutor to question defendant regarding his pre-arrest failure to call the police regarding the incident *(see, People v De George,* 73 NY2d 614, 619-620; *People v Conyers,* 52 NY2d 454).

Defendant's remaining contentions lack merit. (Appeal from Judgment of Monroe County Court, Marks, J.—Assault, 1st Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.